IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**DANIEL C. MERLI, JR.,**

**Plaintiff,**

**v.**

**UNITED PARCEL SERVICE, INC.,**
**and MARK COLLINS,**

**Defendants.** No. 11-0572-DRH

## ORDER

**HERNDON, Chief Judge:**

This matter comes before the Court for case management. A review of the record indicates that defendant United Parcel Service, Inc. has not filed its Rule 7.1 disclosure. Thus, the Court **DIRECTS** United Parcel Service, Inc. to file the required disclosure on or before August 9, 2011.

**IT IS SO ORDERED.**

Signed this 25th day of July, 2011.

Digitally signed by David R. Herndon
Date: 2011.07.25 10:27:31 -05'00'

**Chief Judge**
**United States District Court**